# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:06 cr 31-4

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DANNY LEE HALL, | ) | |
| | ) | |
| Defendant. | ) | |

Before the Court is Defendant Hall's Motion for Bond Hearing. [# 410]. On March 23, 2018, the Court appointed Mr. Dustin Dow as counsel for Defendant regarding the revocation of Defendant's supervised release. On March 26, 2018, the Court entered an order of detention as to Defendant. [# 400]. Defendant's final hearing is scheduled for April 12, 2018.

The Court **DENIES** Defendant's motion [# 410]. Defendant has counsel, filed the motion pro se, and the Court does not find an exception to entertain the motion. *See* LCrR 47.1(g). Further, Defendant's final hearing is scheduled for April 12, 2018—two days from the entry of this Order.

Signed: April 10, 2018

Dennis L. Howell
United States Magistrate Judge